# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, on behalf of University of California, Irvine Medical Center,<br><br>Plaintiff<br><br>vs.<br><br>HUMANA, INC., a Delaware for-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | CASE NO. 8:18-cv-00843-JVS-RAO<br><br>**[PROPOSED] ORDER TO GRANTING STIPULATED PROTECTIVE ORDER**<br><br>FIRST AMENDED COMPLAINT FILED: April 11, 2018<br>TRIAL DATE: May 14, 2019<br><br>Assigned to Judge: Hon. James V. Selna |

**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**

UPON SHOWING OF GOOD CAUSE, IT IS HEREBY ORDERED THAT:

00130686.1

The parties' STIPULATED PROTECTIVE ORDER RE: CONFIDENTIAL AND/OR HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION is hereby granted.

DATED: August 23, 2018　　　　BY: _____
　　　　　　　　　　　　　　　　　　Honorable Rozella A. Oliver
　　　　　　　　　　　　　　　　　　United States Magistrate Judge