# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

| | |
|---|---|
| The Regents of the University of Californa, Etc,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Humana Insurance Company, et al,<br><br>　　　　Defendant(s). | SACV 18-00843 JVS (RAOx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 120 days</u>, to reopen the action if settlement is not consummated.

DATED:  January 30, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　　United States District Judge